IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| TWANA WOLFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 125-302 |
| | ) | |
| TPUSA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REVISED SCHEDULING ORDER**

Having considered the Joint Motion to Amend the Scheduling Order, the Court **GRANTS** the motion. (Doc. no. 19.) The revised schedule is as follows:

| | |
|---|---|
| CLOSE OF DISCOVERY | August 3, 2026 |
| JOINT STATUS REPORT[1] | August 3, 2026 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | September 2, 2026 |

All provisions of the prior Scheduling Order not revised herein shall remain in full force and effect.

SO ORDERED this 16th day of June, 2026, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Judge Epps Instructions and Forms, Civil, Joint Status Report Form - for Judge Hall / Judge Epps.