IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TWANA WOLFE,<br><br>Plaintiff,<br><br>v.<br><br>TPUSA, INC.,<br><br>Defendant. | Civil Action<br>No. 1:25-CV-302-JRH-BKE<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, TWANA WOLFE ("Wolfe"), by and through her undersigned counsel, and Defendant, TPUSA, Inc. ("TPUSA"), by and through its undersigned counsel, (Wolfe and TPUSA are collectively, the "Parties"), hereby stipulate to the dismissal of this action *with prejudice* (the "Stipulation").

A resolution of all matters in dispute between the Parties has been made pursuant to a Confidential Settlement Agreement. The Parties further stipulate that each shall bear their own costs, attorneys' fees, and paralegals' fees, except as otherwise provided in the Parties Confidential Settlement Agreement. All Parties consent to the form and content of this Stipulation and the proposed Order Dismissing case *with Prejudice* submitted herewith

Respectfully submitted this 3rd day of August, 2026.


**THE WORKERS' FIRM**

*/s/ V. Severin Roberts, Esq*
V. Severin Roberts
Georgia Bar No. 940504
Patrick Reid
Georgia Bar No. 888769
(404)-382-9660
7000 Central Parkway
Suite 1100, Office 23,
Atlanta, Georgia 30328
severin@theworkersfirm.com
patrick@theworkersfirm.com

*Counsel for Plaintiff*

**AKERMAN LLP**

*/s/ Erica Mason Fleetwood*
Erica Mason Fleetwood
Georgia Bar No. 141986
999 Peachtree St NE
Suite 1700
Atlanta, GA 30309
(404) 733-9812
erica.fleetwood@akerman.com

*Counsel for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| TWANA WOLFE,<br><br>Plaintiff,<br><br>v.<br><br>TPUSA, INC.,<br><br>Defendant. | Civil Action<br>No. 1:25-CV-302-JRH-BKE<br><br>JURY TRIAL DEMANDED |

**ORDER DISMISSING CASE WITH PREJUDICE**

THIS CASE having come before the Court upon the Parties' Joint Stipulation for Dismissal *with Prejudice* (the "Stipulation"), and upon consideration of said Stipulation, it is hereby:

**ORDERED AND ADJUDGED** that the Parties Stipulation is APPROVEd.

The above-captioned case is DISMISSED WITH PREJUDICE. Each Party shall bear her/its own attorneys' fees, paralegals' fees, and costs.

DONE AND ORDERED this _____ day of _______, 2026.

______________________________
THE HONORABLE BRIAN K. EPPS
United States Magistrate Judge
Southern District of Georgia